# WEISBERG & WEISBERG

Attorneys At Law
98 Cutter Mill Road
Great Neck, NY 11021
(516) 466-2750
Fax: (516) 466-2799*

SIDNEY A. WEISBERG
DANIEL J. WEISBERG

*Not for service of process

January 10, 2013

<u>Via ECF</u>
Hon. U.S. Magistrate Judge Roanne L. Martin
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

RE: Kim Yancey v. Bai Sushi Restaurant, Inc. & Rainbrook Realty Inc.
Index Number 12-CV-04537 (SLT)

Dear Magistrate Judge Mann:

As I previously advised the Court, the attorneys for the Plaintiff and the Defendants in the within action have been discussing a possible settlement of this case. The Plaintiff proposed a settlement which we communicated to our clients but have not received a response from my clients.

I have been experiencing a substantial amount of discomfort by reason of having contracted the Flu last Thursday. I have not been able to be in contact with my clients by reason of this illness. As soon as I recover from the Flu, I intend to contact my clients with the intention of working out a settlement of this case.

Respectfully yours,

Sidney A. Weisberg (SW 7996)

SAW: atr
cc: Donald J. Weiss, Esq.

---

*Handwritten annotations by the Court:*

Defendants' "Motion to Adjourn Conference" is denied as moot, inasmuch as there is no pending conference.

The parties have reportedly been discussing settlement for more than a month. By January 22, 2013, they are directed to file a stipulation of discontinuance or a joint proposed discovery schedule.

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 1/11/13