# WEISBERG & WEISBERG

Attorneys At Law
98 Cutter Mill Road
Great Neck, NY 11021
(516) 466-2750
Fax: (516) 466-2799*

SIDNEY A. WEISBERG
DANIEL J. WEISBERG

*Not for service of process

January 28, 2013

*Application granted. The stipulation of discontinuance is due by February 1, 2013.*

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 1/29/13

Via ECF
Hon. U.S. Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

RE: Kim Yancey v. Bai Sushi Restaurant, Inc. & Rainbrook Realty
Index Number 12-CV-04537 (SLT)

Dear Magistrate Judge Mann:

Last Friday, January 25th, 2013 was the first day I was healthy enough to visit my client and to discuss a proposed settlement. After my discussion with him, I communicated an offer of settlement with counsel for the Plaintiff and he indicated that the offer of settlement was acceptable.

We will be preparing the appropriate settlement documents and will attempt to have them filed this week.

I respectfully request an extension until February 1st, 2013 to file the stipulation of discontinuance and the settlement agreement between the parties with the Court.

Respectfully yours,

Sidney A. Weisberg (SW 7996)

SAW: atr
cc: Donald J. Weiss, Esq.