RECEIVED
MAR 2 2 2013
BY:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KIM YANCEY,

       Plaintiff,

 -against-

BAI SUSHI RESTAURANT, INC. and
RAINBROOK REALTY, INC.,

       Defendants.
----------------------------------------------------------x

Case No.: 12-CV-04537 (SLT)

**STIPULATION OF DISMISSAL**

Plaintiff and Defendants through their undersigned attorneys, hereby stipulate to a voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys fees, expenses or disbursements to any party as against the other.

It is hereby stipulated and agreed that no party hereto is an infant or incompetent for whom a committee has been appointed.

Dated: Great Neck, NY
    January 28, 2013

By: _____
  Donald J. Weiss, Esq.
ROSENGARTEN & WEISS
363 Seventh Avenue
New York, NY 10001
Attorneys for Plaintiff,
*Kim Yancey*

Phone: 212-533-2606
Facsimile: 212-505-6681
Email: djwlaw@mindspring.com

By: _____
  Sidney A. Weisberg, Esq. (SW7996)
WEISBERG & WEISBERG
98 Cutter Mill Road, Suite 332
Great Neck, NY 11021
Attorneys for Defendants,
*Bai Sushi Restaurant, Inc.
and Rainbrook Realty, Inc.*

Phone: 516-466-2750
Facsimile: 516-466-2799
Email: sawesq@optonline.net

1