Case 1:12-cv-04537-SLT-RLM   Document 22   Filed 04/30/13   Page 1 of 1 PageID #: 39
Case 1:12-cv-04537-SLT-RLM   Document 21   Filed 04/17/13   Page 1 of 1 PageID #: 38
01/30/2013  14:57    5164662799           WEISBERGMAGIDALUPKIN                PAGE  01/01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
KIM YANCEY,                                         :     Case No.: 12-CV-04537 (SLT)
                                                    :
                           Plaintiff,               :
                                                    :     **STIPULATION OF**
    -against-                                       :     **DISMISSAL**
                                                    :
BAI SUSHI RESTAURANT, INC. and                      :
RAINBROOK REALTY, INC.,                             :
                                                    :
                           Defendants.              :
--------------------------------------------------------x

Plaintiff and Defendants through their undersigned attorneys, hereby stipulate to a voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys fees, expenses or disbursements to any party as against the other.

It is hereby stipulated and agreed that no party hereto is an infant or incompetent for whom a committee has been appointed.

Dated: Great Neck, NY
       January 28, 2013

By: _____                         By: _____
    Donald J. Weiss, Esq.                               Sidney A. Weisberg, Esq. (SW7996)
ROSENGARTEN & WEISS                                 WEISBERG & WEISBERG
363 Seventh Avenue                                  98 Cutter Mill Road, Suite 332
New York, NY 10001                                  Great Neck, NY 11021
Attorneys for Plaintiff,                            Attorneys for Defendants,
*Kim Yancey*                                        *Bai Sushi Restaurant, Inc.*
                                                    *and Rainbrook Realty, Inc.*

Phone: 212-533-2606                                 Phone: 516-466-2750
Facsimile: 212-505-6681                             Facsimile: 516-466-2799
Email: djwlaw@mindspring.com                        Email: sawesq@optonline.net

ORDER
In light of this Stipulation of Dismissal, the Clerk of Court is directed to close this case.
So ordered:                         /s/(SLT)                          4/19/13
                                    _____
                                    U.S.D.J.